IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH DEWAYNE JONES, | ) | |
| AIS #151385, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:03cv1137-ID |
| | ) | WO |
| RALPH HOOKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 31, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 27.)  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that the above-styled cause be and the same is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action properly and to comply with the orders of the court.

DONE this 18th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE